UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OBER GALOS, et al., | No. C-12-02902 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| JANET NAPOLITANO, et al., | |
| Defendants. | |

Defendants' motion to dismiss is set for a hearing on December 20, 2012. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendants' motion was due on November 26, 2012, but no such opposition has been received. <u>Plaintiffs Elizabeth Ober Galos and Rutheil Monteclaro Galos are ordered to respond by December 7, 2012, and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on December 20, 2012 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiffs do not respond by December 7, 2012, Defendants' motion may be granted.

IT IS SO ORDERED.

Dated: November 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge