UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OBER GALOS, *et al.*, | No. C 12-02902 DMR |
| Plaintiffs, | **SECOND ORDER TO SHOW CAUSE** |
| v. | |
| JANET NAPOLITANO, *et al.*, | |
| Defendants. | |

On November 9, 2012, Defendants filed a motion to dismiss and noticed the motion for a hearing on December 20, 2012. [Docket No. 14.] Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendants' motion was due on November 26, 2012. No such opposition was received by that date, and on November 29, 2012, the court issued an Order to Show Cause regarding Plaintiffs' failure to respond to the motion or to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b), and vacated the December 20 hearing. [Docket No. 18.] The court did not grant Plaintiffs permission to file a late opposition to the motion to dismiss. Plaintiffs were ordered to respond to the Order to Show Cause by December 7, 2012.

Plaintiffs did not respond to the Order to Show Cause. Instead, on December 12, 2012, Plaintiffs filed a late opposition to Defendants' motion to dismiss even though the court had not granted Plaintiffs leave to do so. Accordingly, the court hereby orders Plaintiffs to respond **by December 27, 2012 and show cause why they should not be sanctioned for failure to respond to**

1 **the court's November 29 Order to Show Cause.** If Plaintiffs do not respond by December 27,

2 2012, sanctions may be imposed.

4       IT IS SO ORDERED.

6 Dated: December 17, 2012



                                  DONNA M. RYU
                                  United States Magistrate Judge

**United States District Court**
For the Northern District of California

2