STUART F. DELERY
Principal Deputy Assistant Attorney General, Civil Division
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
BRADLEY B. BANIAS
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4809
Facsimile: (202) 305-7000
Email: Bradley.B.Banias@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| Elizabeth Ober GALOS, et al., | ) | No. 3:12-cv-2902-DMR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | STIPULATED REQUEST FOR |
| v. | ) | ORDER CHANGING TIME AND |
| | ) | ORDER |
| Janet NAPOLITANO, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Court:    Courtroom 4 - 3rd Floor
    Judge:    Hon. Donna Ryu

1

## STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants hereby stipulate and request as follows:

1. On March 20, 2013, this Court re-scheduled Defendants' motion to dismiss hearing for April 18, 2013. ECF No. 37.

2. On March 26, 2013, this Court re-scheduled the case management conference for April 18, 2013. ECF No. 38.

3. On March 26, 2013, Defense counsel was ordered to appear for trial in the Southern District of Texas on April 18, 2013, in *Rangel v. Freeman*, No. 11-180 (S.D. Tex.).

4. On March 29, 2013, the parties filed their case management statement. ECF No. 39.

5. Because Defense counsel is ordered to be in trial on April 18, 2013, in Brownsville, Texas, the parties jointly request an order changing the time of the hearing for Defendants' motion to dismiss and the case management conference to ~~April 25, 2013~~ May 2, 2013.

5. The Court's current deadlines are:

   a. hearing for Defendants' motion to dismiss set for April 18, 2013; and

   b. case management conference on April 18, 2013;

6. Under the stipulated extension, these deadlines would become:

   a. hearing for Defendants' motion to dismiss set for ~~April 25, 2013;~~ May 2, 2013 at 11:00 a.m. and

   b. case management conference on ~~April 25, 2013~~ May 2, 2013 at 11:00 a.m.;

Dated: March 29, 2013                             Respectfully Submitted,

s/Bert M. Vega
BERT M. VEGA, ESQ.                    STUART F. DELERY
State Bar No. 173141                  Acting Assistant Attorney General
506 Sacramento Street                 Civil Division
Vallejo, CA 94590
(707)558-9375/(707)558-9379

2

|  |  |
|---|---|
|  | JEFFREY S. ROBINS |
|  | Assistant Director, District Court Section |
| Attorney for Plaintiffs | Office of Immigration Litigation |
|  |  |
|  | s/Bradley B. Banias |
|  | BRADLEY B. BANIAS |
|  | Trial Attorney |
|  | U.S. Department of Justice |
|  | P.O. Box 868, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone: (202) 532-4809 |
|  | Facsimile: (202) 305-7000 |
|  | Email: Bradley.B.Banias@usdoj.gov |
|  |  |
|  | Attorneys for Defendants |

## CASE MANAGEMENT ORDER

The above UPDATED JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER (as modified) is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: ~~January~~ March 29, ___, 2013

_____
Honorable Donna M. Ryu
United States Magistrate Judge