UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH OBER GALOS,

    Plaintiff(s),

v.

JANET NAPOLITANO,

    Defendant(s).

No. C-12-02902 DMR

**ORDER TAKING MOTION TO SUPPLEMENT THE RECORDS UNDER SUBMISSION WITHOUT ORAL ARGUMENT AND CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Plaintiffs' Motion to Supplement the Records (Docket No. 59), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the January 9, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion. In addition, the parties' January 9, 2014 Case Management Conference is CONTINUED to February 19, 2014 at 1:30 p.m. A joint case management statement is due on February 12, 2014.

    IT IS SO ORDERED.

Dated: December 18, 2013



_____
DONNA M. RYU
United States Magistrate Judge