UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OBER GALOS, | No. C-12-02902 DMR |
|       Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| JANET NAPOLITANO, | |
|       Defendant(s). | |

The court is in receipt of the parties' joint Case Management Conference statement. Having reviewed the statement, the court hereby VACATES the Case Management Conference previously scheduled for March 26, 2014. Plaintiffs' motion for summary judgment shall be filed by April 30, 2014. Defendant's opposition or counter-motion is due within 28 days of service of Plaintiffs' motion. Plaintiffs reply is due within 14 days after service of Defendant's opposition or counter-motion.

IT IS SO ORDERED.

Dated: March 21, 2014

_____
DONNA M. RYU
United States Magistrate Judge