UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OBER GALOS, | No. C-12-02902 DMR |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| JANET NAPOLITANO, | |
| Defendant(s). | |

This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendants' motion for summary judgment,

It is Ordered and Adjudged that Plaintiffs take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: January 29, 2015

_____
DONNA M. RYU
United States Magistrate Judge